No. 277. MARTIN ET AL. *v.* FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION. January 16, 1939. Certiorari, *ante,* p. 564, to the Circuit Court of Appeals for the Seventh Circuit. Dismissed on motion of counsel for the petitioners. *Messrs. Leo E. Vaudreuil,* Assistant Attorney General of Wisconsin, and *Joseph P. Brazy* for petitioners. *Messrs. Charles E. Wyzanski, Jr., Archibald Cox,* and *Emery J. Woodall* for First Federal Savings & Loan Assn., respondent. *Solicitor General Jackson, Assistant Solicitor General Bell,* and *Mr. Warner W. Gardner* for the United States, intervening-respondent. By leave of Court, *Messrs. John B. Hollister, Horace Russell, Robert A. Taft, John R. Bullock,* and *Robert B. Jacoby* filed a brief on behalf of the Federal Savings & Loan Division of the United States Building & Loan League, as *amicus curiae,* in support of respondent.

No. 10. UNITED STATES *v.* ONE 1936 MODEL FORD V-8 DE LUXE COACH. November 7, 1938. Petition for rehearing granted. The judgment of affirmance entered October 17, 1938, *ante,* p. 564, is vacated and the case is restored to the docket for reargument. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. Gordon Dean, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States. *Messrs. Duane R. Dills* and *Eugene E. Heaton* for respondent.